20-04067 MJ-001PCT-CDB

# United States District Court
## Violation Notice

(Rev. 1)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9688761 | P. Rice | 1422 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 4/11/2020 1250
Offense Charged: ☑ CFR ☐ USC ☐ State Code
36 CFR 2.34(a)(1)

Place of Offense: Grand Canyon NP Taylor Village 171 Rm 1

HAZMAT ☐

Offense Description: Factual Basis for Charge
Disorderly Conduct; violent choking Behavior Southwire

### DEFENDANT INFORMATION

Phone: ( ) Refused

Last Name: Villicana
First Name: Ariel
M.I.: /

Street Address: 

City: Grand Canyon
State: AZ
Zip Code: 86023

Drivers License No.: 
CDL ☐   D.L. State: AZ   Social Security No.: ---701

Adult ☑ ☐ Juvenile   Sex ☐ Male ☑ Female   Hair BRN   Eyes BRN   Date of Birth: /1997   Height 5'8"   Weight 172

### VEHICLE   CMV ☐
VIN:
Tag No.: NP20034730   State:    Year:    Make/Model:    PASS ☐    Color:

**A** ☑ **APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions.

**B** ☐ **APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Defendant Signature: 

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 11th, 2020 while exercising my duties as a law enforcement officer in the _____ District of Arizona

At approximately 2250 hours, I, Officer P. Riese along with Officer N. Snyder, received a report of a domestic assault actively taking place at Trailer Village Building 176 Room 1. The reporting party was the neighbor and could hear things being thrown, and a female screaming. The report came in to dispatch of a domestic in progress, a female screaming, and sounds of things being thrown around. The woman was screaming get off and get away. She stopped screaming and then started screaming again. Dispatch could hear the activity over the phone.

Officer Snyder and I arrived at approximately 2258 and made contact with the reporting party. He said they were still in their room. I knocked and announced multiple times, "Police, open the door!" There was no response. Officer Snyder did the same. Delaware North Security arrived with keys and Officer Snyder attempted to gain entry using the keys. He was able to turn the key, but the door was still locked and would not open. Officer Snyder was able to peak through the blinds and observed a male standing behind the front door.

At approximately 2305 hours, Officer Snyder was able to gain entry to the front door. We immediately detained the male subject, later identified as, Ariel VILLICANA. Officer Snyder contacted the female subject, she was identified as the victim, and from here on referred to as VB.

I read VILLICANA his Miranda Warning and he agreed to talk to me. VILLICANA said they got into a heated argument over his lost ID and it escalated. VILLICANA said, "Threw my shit. Threw my and her junk drawer onto the bed to look for the ID." VILLICANA said, she started to throw stuff and broke his tv. VILLICANA said the incident occurred about 10 minutes before Officers arrived. VILLICANA said they have been dating and living together for the last 3 years. I asked VILLICANA if he touched her. VILLICANA said, "Yeah." I stated, what did you do? VILLICANA said, "Fuckin sat there, waited for you guys to open the door." VILLICANA denied hitting VB. I asked VILLICANA if he pushed VB. VILLICANA replied with, "I don't think so dude, I didn't push her no. But I pushed the bed over though." I asked VILLICANA why he would not open the door for us after we announced police and gave him multiple lawful orders to open the door. VILLICANA said, "I don't open the door for no body. If you guys need to come in, you guys can obviously come in."

Officer Snyder interviewed VB. Officer Snyder asked VB if VILLICANA hit her. VB said he choked her. VB said she tried locking herself in the bathroom. VILLICANA gained entry, grabbed her by the neck with one hand, and forcefully choke slammed her to the floor. VILLICANA straddled her on the floor, he then started to smother her face by covered her nose and mouth with his hand to keep her from screaming. He then stuck his fingers into her mouth from both hands, inducing her to vomit into the toilet.

At that point Officer Snyder and I arrived, VILLICANA stopped assaulting her, told her to, "Shut the fuck up", he went over to the front door, and held the deadbolt in the locked position with his hands.

Later, after making entry, I examined VB's injuries. I observed several burst blood vessels going up and down the front of VB's neck, which is consistent with evidence of recent choking and/or strangulation. VB had swelling of her front top lip and had a recent small scratch under her right eye. I observed several bruises on VB's arms, and a bite marks on her right forearm. VB said the bruises and bite mark occurred last week, in a previous incident.

I placed VILLICANA under arrest for disorderly conduct, fighting and threatening behavior, per 36 CFR 2.34(a)(1).

A107   NP20034730   VN#: 9688761

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/11/2020   _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 04.12.2020   Camille D Bibles
Date (mm/dd/yyyy)   U.S. Magistrate Judge